**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Harper Eugene ALLISON,
Defendant-Appellant.**

**No. 52159.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 30, 1987.

Motion for Rehearing and/or Transfer
Denied Aug. 6, 1987.

Application to Transfer Denied
Sept. 15, 1987.

J. Kevin Hamlett, Mexico, for defendant-appellant.

William L. Webster, Atty. Gen., Donna Richards-Crosswhite, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

Defendant appeals after being convicted by a jury of first degree assault and armed

criminal action and sentenced as a persistent offender to consecutive terms of life and fifteen years' imprisonment. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).